

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2021

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Bailey*, 16 Cr. 396 (GHW)

Dear Judge Woods:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office on November 30, 2021. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleagues AUSAs Amanda Houle and Jason Swergold will continue to handle the case.

                            Respectfully submitted,

                            /s/  Ilan Graff
                            Ilan Graff
                            Assistant United States Attorney
                            (212) 637-2296

    Cc Defense Counsel (via ECF)