## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2023

United State District Court
For the Southern District of New York.

Kevin Lewis        Case: 1-16-cr-396-GHW-9
V.
United State of America

"Letter for home Detention Eligibility Date"

Now Comes Kevin Lewis A federal Prison Sending a letter for the Purpose of Making A Decision on My Earliest home Detention Eligibility Date i May be Eligible for. I Came from the State Prison to the federal Prison the year of 2016. However i got Sentence for My federal Charge the year of 2017, 10-18-17 also thats when My federal time Started is when i got Sentence. However While waiting in "MCC" for 16 months to get sentence i never received any credit towards My sentence. however Moving forward After i got Sentence in federal Prison i been back in forth to State Prison to take Care of my None Violence Charges which i Served time for. Now im back in federal Costody im Currently in

(1)

Challenge Program which will be Completed Shortly. I served more than 70 Percent of my federal Sentence i been incarcerated Since 8-02-2015 from State Prison to federal. My full term Date for my federal Charge is 9-11-2026 in my home detention Date is 11-9-2024. I'm willing to serve the remaining of My Sentence Home Detention I have no history of escapes nor any Violence. However Can you Please look into this matter because i may be eligible for My home Detention eligibility Date.

Please And thank you for your time

Respectfully Submitted:

# 77882-054
USP Canaan
P.O. Box 300
Waymart, PA. 18472

(2)

---

Application denied. The Court does not calculate time served by inmates or their release dates. That is the responsibility of the Bureau of Prisons. *United States v. Wilson*, 503 U.S. 329, 335 (1992) ("After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence.").

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Lewis.

SO ORDERED.
Dated: November 8, 2023
New York, New York

GREGORY H. WOODS
United States District Judge